## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    Case No.

YUGNA TECHNOLOGIES, INC. and

YUGANDHAR NADELLA,

      Defendants.

_____/

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, the United States of America, by and through its attorney, Jae Y. Kim, Esq., for the District of New Jersey hereby sets forth its Complaint against Defendants, Yugna Technologies, Inc., an incorporation and Yugandhar Nadella, an individual (hereinafter "Defendants") and states as follows:

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2.  Plaintiff is the United States of America, acting through the Department of Treasury's Bureau of Fiscal Service (hereinafter "Treasury") on behalf of the U.S. Small Business Administration (hereinafter "SBA").  The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 ("DCIA") (31 U.S.C. § 3701 *et seq.*).

3.  Defendant Yugna Technologies, Inc. is a business located in Middlesex County, New Jersey, within the jurisdiction of this Court and may be served with service of process at 203 Shields Court, Monmouth Junction, NJ 08852.

4.  Defendant Yugandhar Nadella, is an individual located in Middlesex County, New Jersey, within the jurisdiction of this Court and may be served with service of process at 203 Shields Court, Monmouth Junction, NJ 08852.  Defendants Yugna Technologies, Inc., and Yugandhar Nadella are collective hereinafter known as "Debtors".

## COUNT 1

5.  On October 24, 2018, Yugna Technologies, Inc. executed a Promissory Note (hereinafter "Note") and  Yugandhar Nadella executed an unconditional Commercial Guaranty Agreement (hereinafter "Guaranty") for the amount of $25,000.00, with interest accruing at variable rates, except as otherwise provided within the Note and Guaranty with TD Bank, N.A. (hereinafter "Lender"). See Exhibit "**A**" attached hereto and incorporated herein.

6.  On October 24, 2019, the Debtors became delinquent on the aforementioned obligation, with a balance due of $21,000.32.  Due to this delinquency, the SBA had to pay the guaranteed interest and became holder of the Note and Guaranty.  SBA referred the debt to Treasury on November 15, 2022.

7.  On March 21, 2025, Treasury referred the debt to the U.S. Department of Justice (hereinafter "DOJ") for litigation and collection in the amount of $21,000.32, with a daily interest of $5.75.  As of September 3, 2025, the Debtors became indebted to the United States in the following amounts:

### The Debt TRFM15758413

| | |
|---|---|
| Current Principal: | $21,000.32 |
| Current Interest (@ 10.00%): | $ 6,282.84 |

|  | |
|---|---|
| Admin Fees: | $ 9,844.44 |
| **Total Due (as of 8/3/25)** | **$37,127.60** |

as set forth in the Certificate of Indebtedness prepared by the U.S. Department of the Treasury Bureau of Fiscal Service.  See Exhibit "**B**" attached hereto and incorporated herein.

8. Plaintiff has made demand upon the Defendants for the full amount of this claim, but the Defendants have failed to make payment.

9. All conditions precedent to the commencement of this action have been performed by the Plaintiff.

WHEREFORE, the United States of America respectfully requests that this court enter a judgment against the Defendants for TRFM15758413 in the amount of $37,127.60 plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. §1961 and that interest on the judgment be at the legal rate until paid in full. For all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (a)(2); and for such other relief which the Court deems proper.

Respectfully submitted,

By: /s/ Jae Y. Kim
    Jae Y. Kim, Esq.
    Attorney for the Plaintiff
    Private Counsel – U.S. Department of Justice
    Schuerger Law Group
    1630 Center Avenue
    Fort Lee, NJ 07024
    Phone: (201)488-8600
    Email Address: jkim@schuergerlaw.com
Date: October 8, 2025    Copies: efiling@schuergerlaw.com